# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

**FILED DEC 2 1 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Plaintiff(s):** WARDELL BRIGHT a/k/a WYDELL BRIGHT

**Defendant(s):** R. MELONDEZ, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Wardell Bright
 a/k/a Wydell Bright
#2007-0072575
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV 7197
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes [✓] No

**Signature:** *Q. E. Wordham*  **Date:** 12/21/2007