BR

FILED
FEB 19 2008 aew
Feb 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A-1

Case Number: 07C7197                               2-7-08

(1) I'M writing, because I don't understand why one of the defendant's names has been left out of the case Title; Name left out, Mr. R. Corona*7852 It should be (R. Melondez*11398) & (R. Corona*7852).

(2) I the complainted alleges that, I was Racially Violently and vicioully attacked, And gave a case. (Racial-Profiling) and I was sent back paper's Saying excessive force, and nothing else.

(3) I don't know much at all about the Law, But I feel that my case, is being down played!

(4) Do, I get a court Date or Something?

Mr. Wardell Bright
Date: 2-7-08

Mr. Wardell Bright *20070072575
A.K.A Wydell Bright
C.C.D.O.C.
Div-11-C-CF
P.O. Box 089002
Chicago, Illinois, 60608

Thank you, for your time.