MHN

#3

A-2   3-13-08

FILED
MAR 19 2008 aew
3-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I MR. Wardell Bright, Case Number: 07C7197, I was denied Counsel. I am having the following problems:

There are witnesses on my case that are being turned away, by my public Defender: Ms. Brett Balmer. I had the witnesses, too get in touch with her, at the public Defender's Office. I sent out letter's all over the streets where, I was victomlized, and gave a case. The letter's was address (Resident's Mail), Because I do not know who saw or heard (What), that night. Me not being in an abandon building. And me being beaten badly. I wrote looking for witnesses (saying), If they witness any of the above, that night.

Too, get in touch with my public Defender: Ms. Brett Balmer, My Judge: Mr. Dennis J. Porter or Me, Wardell Bright #20070072575. Witnesses Call my public Defender: Ms. Brett Balmer, and She turned them away. She told me (She did that); Saying that they only, witnesses the beating of me. And that do-not matter. And they are the same police officer's, on the same case.

I don't know if somebody have gotton too my public Defender, that maybe trying to cover-up. What happen, that night or not. But I know that is not Right. I Need help!

2#3

A-2

I showed Ms. Brett-Balmer, The (Docket Entry Text) and (Statment).from your court, Prisoner Corrspondence. What I was sent with my case Number: 07C7197. I'M my own counsel, only on my complaint filed with, The United States CourtHouse.

I wrote my public Defender: Ms. Brett Balmer, for the following Documents (See pages B-1) letter wrote to my public Defender (Copy) I also asked her for them Documents, when I saw her in person, on 2-26-08 (She Refused).

I Need the same Documents, on the same two Chicago Officer's: Mr. R. Melondez*11398 and Officer: Mr. R. Corona*7852. for my case filed with you-all (Case Number#07C7197). The Public Defender have these Documents Right now, and I'M being Refused.

Is there some kind of paper or Document, that you can send me; Mr. Wardell Bright*20070072575 My Public Defender; Ms. Brett Balmer. My Judge here, Mr. Dennis J. Porter. So, that I can Receive what I Need for my case. See Copy of letter, I wrote to public Defender. Mr. Wardell Bright

1 of 3

B-1

Wydell Bright
#2007-0072575
Div. 11-C-C#
C.C.D.O.C.
2-8-08

Public Defender:
Ms. Brett Balmer,

I Wydell Bright #2007-0072575, wrote to The United States Court House. And I send them pages I throught 6. I was sent back 4-Copies of; The Civil Right Act, 42 U.S.C. §1983. And a Pro Se paper. I sent the complaint back. I Need more information, (Your Help)!

(1) Need Copies of Both Police Reports made by Officer: (Mr. R. Melondez *11398) + (Officer: Mr. R. Corona 7852)

(2) Need Copies of trauma Pictures, tooken of me when, I came too cook, County Jail.

(3) Need Copies of medical Records, from Hospital, and address; (Hospital) I was took too from police Station, after I was beaten-up, bye two Chicago police officer's; Officer: Mr. R. Melondez *11398 and Officer: Mr. R. Corona *7852. I was incarcerated here in cook, County, Jail, after I went too the Hospital.

(4) When I first came too cook, County, Jail; The T.V. Judge, order: The cook, County, Jail. Too take me to Cermak, for medical. My Nose was broken, and other problems, medically. Need Copies of the order, (Judge Order). Don't go to Cermak.

(5) (Complaint Made bye me) In the police Station; 35th Low (Bridge Port, Station). I asked to talk, too Somebody about the Racial attack, beat, and Racial Slur's. And for being giving a case. The shift Commander; She said, did I want to made a Complaint? I Said, yes. All the time, I was telling them that I want to make a complaint. I could-not see but a little, and could-not write at that time because of the pain, from the beaten.

The Shift commander at 35th Low, said she wrote my complaint up for me. And a copy of the complaint (write-up) will follow me, with the police Report here, and a copy will go on the police Records. Officer: MR. R. Melondez * 11398, and MR. R. Corona 7852. I Need Copy of my Complaint, and I want too know, what it Say.

(6) I Need also, Dispatcher Records. On the perso who call the police that night; On Somebody being in or arround that abandon builden. Because someone that I could only hear, and not see; that could see me at the time. Said that, I had Just came up in the alley, and I was not the one, they saw. The police told them we got our man, and they don't care if they did call the police, and for them, too go in the House and Shut-up.

(7) Need Dispatch records on the people that called in on the ~~people~~ Police that night, while

the beating was taking place; I should be able to be heard Screeming allowing, Crying, for them to please Stop Beating, and Stomping me. And the Police should be able to be heard; Said "I'll kill you Nigger, and a lot more.

(8) Need the Audio Video, Car Records that night. In two places in the alley, and on the street, of 53th Carpiter/Alley, between Morgan and Carpiter on 53th.

(9) There are witnesses, on my case, and should be a lot of them.

Mr. Nardell Bright
2-8-08