IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WARDELL BRIGHT | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 C 7197 |
| | ) | |
| v. | ) | HON. JUDGE ZAGEL |
| | ) | Judge Presiding |
| R. MELONDEZ, and | ) | |
| R. CORONA, | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Wardell Bright -Pro Se
      #2007-0072575
      Cook County Dept. of Corrections
      P.O. Box 089002
      Chicago, IL 60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Zagel, or before such other Judge sitting in his place or stead, on **April 29th, 2008, at 10:15 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2503**, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.
**DATED** at Chicago, Illinois this 22nd day of April, 2008.

                                            Respectfully submitted,
                                            By:

                                            */S/ Thomas H. Freitag*
30 North LaSalle Street                     Thomas H. Freitag
Suite 1400                                  Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 742-7391
Atty. No. 06272245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served on the person(s) named in the foregoing Notice, at the address therein stated, by placing said copies in a stamped, addressed envelope and depositing same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois on April 22, 2008.


/S/ *Thomas H. Freitag*
THOMAS FREITAG