United States District Court
Northern District of Illinois,
Eastern District

RECEIVED
APR 23 2008
Apr 23. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Wardell Bright
A.K.A. Mr. Wydell Bright
Petitioner

V.S

(1) Mr. R. Melondez *11398
(2) Mr. R. Corona * 7852

Judge: Mr. James B. Zagel

Case Number: 07C7197

AMENDED

(Consolidate Complaint) (Sub-Complaint)

Complaint Under The Civil Right's Act, Title 42 section 1983 U.S. Code (State, County, or municipal defendant's

(1) Voilation of my; Fourteenth Amendent Right's et, al. Recklessly disregarded my Health, and Safety; (Indangerment).

(2) Abuse, and failure to protect: Under The Fourteenth Amendment's et, al. (My Civil Right's) + (Civil liberty) (Without Justification). (Crimial) = State-of-mind; Racial, with lot's of Racial-Slur's, and Sexual-Slur's; (Violent, and Vindictive).

(3) Violation of; Due Process of Law, Under The Fourteenth Amendment's et, al.

(4) Cruel, and Unusual Punishment. (Reckless) Under The Eighth Amendment's et, al. (Racial-Profiling) + (Racial-Slur's) (Battery) + (Aggravated Battery) (For giving me a case).

Signature: Wardell Bright
4-17-08

A-1

07 C 7197 (Judge Zagel)

01/30/2008 6 MINUTE entry before Judge James B. Zagel : Plaintiff's Motion for leave to proceed in forma pauperis3 is granted.The court authorizes Cook County Jail officials to deduct $2.00 from plaintiff's account. The clerk shall send a copy of this order to Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL. 60608. The clerk shall issue summons and attach a Notice of Availability of a Magistrate Judge to the summons for each defendant, and send plaintiff said Notice and Instructions for Submitting Documents along with a copy of this order. Plaintiff's Motion for appointment of counsel 4 is denied. Mailed notice (jmp, ) (Entered: 01/30/2008)

01/30/2008 7 COMPLAINT filed by Wardell Bright. (jmp, ) (Entered: 01/31/2008)

01/31/2008 SUMMONS Issued, two originals and two copies; one copy of complaint and two certified copies of the minute order dated 1/30/2008 to the U.S. Marshal's Office for service as to Defendants R. Melondez, R. Corona. (jmp, ) (Entered: 01/31/2008)

**NOTE: R. Corona (*7852) is named in the complaint and appears on the docket sheet. Summons were also issued to him on 1/31/08.**

I+7 Case Number:
1-I07CR208090 Complaint Date: 9-22-07

Complaintee: Last Name: Bright First Name: Wardell. I.D.#2007-0072575, Age: 50 Birthday 11-30-56.
Brief Summary of complaint: I Wardell Bright, on 9-22-07 was attacked Viciously # Violently by two Chicago police officer's. (On 53th Carpiter St.), Stump, kicked, Brutally beaten; punch in back of head, kicked in face # in my Right eye # Nose. I had knee's drop on the middle of my back. By chicago, police (Officer's: Mr. R. Melondez *11398) + (Officer: Mr. R. Corona *7852). (From: Bridge Port, 35th Low) While being called a lot of Racial-Slures (Called by arresting Police officer's) (Nigger's) (Black-ass-Nigger's) all the while (Stumping) me contiunlly, all over my uper body mainly # kicked in my neck, Black # face. I was took too Hospital before, I was lock-up. Officer (Stated), "you going to Run on me", "You-Black-ass-Nigger," "You Nigger." "You Black-ass-Nigger;" "I'll kill you." Wardell Bright

Person's having information regarding this complaint:
The people of (53th Carpiter Street) South Side of Chicago Illinois. It happen on the Street. Have-not been able to talk too anybody, about what happen. (The Beating).

Action; That I'm Requesting: My freedom; To be pay for time in Jail, and I'm Sleeping on the floor, in pain. And too be payed for the Racial, Violent Brutal-Beaten that, I Received by the hand's and feet of the Chicago Police's et, al.

Signature: Mr. Wardell Bright
Date: 9-22-07

Victom: MR. Wardell Bright # 2007-0072575

2+7

Date: 9-22-07

I was Racially, Violently # Viciously attacked by two Chicago Police Officer's. On 9-22-07, between 11:00 PM # 11:30 PM, I was beaten, punched, kicked # Stump; for a while. By: (Officer's MR. R. Melondez *11398) # (Officer: MR. R. Corona *7852). Called Nigger's # Black-ass-Nigger's ..... I Wardell Bright; was in the alley between Morgan # Corpiter on 53th street. Going through things people through-out (garbitch). When a Police Car pull-up. Two Officer's got out with flush-light in there hands. Officer said; "Hey there, What are you doing? I said, going through the garbitch, it's a lot of good things, people through the garbitch, it's a lot of good things, people through-out. While, I was saying this; one of the Officer's: (MR. R. Melondez *11398) was saying to the other Officer: He must not know the one, about two white men in the alley with a (Nigger), with two Nigger beater's. Ahd the Nigger (Smiling) Saying what seem to be the problem Officer's. Officer's asked me for I.D. one of the officer's, told me to come over too him # put my hands on the front of the police car; I did what he asked. While one of the police officer's looked arround the garbitch # Back yard of 53th Morgan, street; side of the alley. He (Police) on the cellphone (Stated) I think that I'm smart, Cause I did-not run; "I was going to wish, I had Ran; After they get through with me. (I was afraid) # (Infear for my life!) So, I Ran too next block (Street) to get out the alley # on to the street. I couldn't out run the two young officer's.

Signture: Mr. Wardell Bright

Victom: MR. Wardell Bright #2007-0072575
3+7 A.K.A. MR. Wardell Bright Date: 9-22-07

So, I stop on the street (53th Carpiter Street). I just Ran out the alley on the street. One of the Officer's, had me to get down on my knee's. Officer, had his gun on me. (One of them) then he Started hand-Cuffing me. Officer, hit me with something (Gun) or (flush-tight) or Both. I was out of it. Anthen, Other officer came over # drop his knee to the middle of my back. Police Officer (Started) you going to run on me; "You Nigger", I'll kill you; (Officer went Crazy on me). Officer: MR. R. Melondez *11398 and Officer: MR. R. Corona *7852. Officer, got too his feel, While the Other Officer, put me in hand-Cuff's. The two police Officer, (Both) of them; Continue with the (Racial-Slur's) The officer, Who come # drop his knee to the middle of my back: got up on his feet # started, kicking, stomping # beating me badly. Anthen, drop his knee to the middle of my back; got up again kicking, stomping, beating me badly. All over my back # head; All the while they (Chicago Police's) from: 35th Low (Bridg-Port) Police Station. Was calling me Nigger's over # over again. (Racial-Slur's) I was punched in back # front # side of my head. All of this was happening at the same time. I was being kicked in my face # Right eye. I was mainly kicked, Stumped # beaten in back, Side, face # uper part of body. I was called a lot of (Racial-Slur's) By arresting Chicago Police Officer's (You-Nigger) # (You-Black-ass-Nigger) you going to run on me; You-Back-ass-Nigger. "I'll kill you, Nigger, et, al."

Signture: Mr Wardell Bright

4+7 Victom: Mr. Wardell Bright # 2007-0072575

Wardell Bright Date: 9-22-07

I wardell Bright # 2007-0072575. My Case Number: 1-I07CR2080901. Was attacked on 9-22-07, between 11^00 PM # 11^30 PM, Violently # Viciously, Beaten by (Chicago Police Officer: Mr. R. Corona * 7852) (Officer: Mr. R. Melondez * 11398) I was-not fighting with them or anything like that. It was a Racial attack on me by two Police officer's. All, I did was Ran too get out of the alley. I was infear for my life! When I Stop Running; I was still infear for my life. I did every-thing that the officer's said. I was took to the Hospital, from the Police Station, before they took me too lock-up. Beating took place on 58th Carpiter street, On the west side of the street; Mainly on the north end of the block. Mr. Wardell Bright

(1) (Eye-Right) Can't see good out of it anymore, Cause of the Beating; I Received by Chicago Police Officer's. Eye is sweellen Closed # blacken badly. Was kicked in it. (Face Trauma) + (Pain Daily) All arround my eye's Hurt's everyday # Night.

(2) (Nose) Nose on Right side, is fracture. X-Rays Show's (Pain Daily).

(3) (Neck) up # down back bother me (Daily Hurting). Where's a lot of pain from (time-too-time) in my neck. I can't turn arround that good anymore; Just real slow now. (Neck # Body Trauma) (Pain Daily) (Hurting).

(4) (Arm-Right) Can't use it good anymore, lost of some feeling in my arm # hand (Right) it feel like Pin's # Needles are in my arm (Hurting Daily) a lot of body Trauma; (Maybe some nerves damage).

5+7

Wardell

Victom: Mr. Wardell Bright # 2007-0072575
A.K.A. Mr. Wydell Bright Date: 9-22-07

Pain from time-too-time, all Night.

(5) (Hand-Right) Lost of some feeling in Right hand. It's Real numr, weak # Sheaking now, (Off # On) I'm in some kind of pain, when using it # when not using it. (Bother me)

(6) (Hand-left) Big cut inside of hand, with small Cut's too. (Hurting all the time).

(7) (Back-upper) Can't sit-up or been-over, But Real slow. Back Bother me everyday now. Laying down too. (Pain Daily)

(8) (Back-Lower) Hurting me badly all the time; When Laying down, Standing or sitting. Can't Stand without pain, but for a little time now. Alway's Hurting.

(9) (Walking) Makes my back hurt now; Most of the time. Can't walk fast or good anymore. Without some kind of pain.

(10) (Head) Hurting everyday # Night, Since; I was attacked. Kicked in my head # face; And beaten in back # side of my Head # face (Stomp) (Head # face Trauma).

(11) (Racial-Slur's) Called me a lot of (Nigger's # Black-ass-Nigger's et. al.) While being Slump, kicked # Beaten. I Wardell Bright, Can-not Sleep good anymore. Mind is always Running. (Replaying what happen) Hurting my head thinking about it. (Mind Trauma)

(12) (Homosexual # Sexual-Slur's) Officer, Said too me, that he like him some Black-ass / Black-

6+7

Victom: MR. Wardell Bright #2007-0072575
A.K.A. MR. Wydell Bright Date: 9-22-07

Booty. He was talking about have Homosexual act's with me (was said in Police Station). By: Officer: MR. R. Melondez *11398.

(13) (Sleep Mential Health) I weak-up # walk arround, Replaying what happen to me, in my mind. Of the violent attack # beaten; I received by the hand's and feet's of two Chicago Police Officer's. From: Bridge-Port (35th Low Street) Station. Police officer's: MR. R. Melondez *11398) # (Officer: MR. R. Corona 7852)

A.K.A. MR. Wydell Bright #20070072575
C.C.D.O.C. Div. 11 CF Cell: 308
P.O. Box 089002
Chicago, Illinois, 60608

Real Name: MR. Wardell Bright
Age: 50 Birthday: 11-30-56
Home Mailing Address: 5306 South Aberdeen
Chicago, Illinois, 60609

My Case Number: 1-I07CR208090I
Signature: Mr Wardell Bright



7+7
Victom: MR. Wardell Bright # 2007-0072575
Date: 9-22-07
52th Morgan
53th Morgan
54th Street Morgan
E
N S
W
I told them that I would like to make a complaint in the Police Station. I was todd one (write up was wrote.
Back yard.
Alley
I walk to car.
police car.
Alley Morgan St.
Back yard
Capiter St. Alley
52th Carpiten
54st.
front yard
Side Walk
Capiter St.
Beating took place where.
I Ran to where the beaten took place. (Victomized)
Side W
side walk
Capiter St.
front yard
52th Carpiter
54st.
53th Alley
Capiter Alley
Aberdeen Alley
⊗ = Somene Lives there.
= Lots
X = Abandon building
(Victomlized, on 53th Carpiter)
E
N S
W
Signture: Mr. Wardell Bright 9-22-07