## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7197 | **DATE** | May 2, 2008 |
| **CASE TITLE** | Wardell Bright (a/k/a Wydell Bright), # 2007-0072575 vs. R. Melondez | | |

**DOCKET ENTRY TEXT:**

The amended complaint [#15] is stricken. The complaint is not on the court's required form, *see* Local Rule 81.1 (N.D. Ill.) and the plaintiff failed to provide judge's or service copies. The plaintiff is once again reminded of basic filing requirements: the plaintiff must (1) provide the court with the original plus a judge's copy of every document filed; and (2) include a certificate of service showing that a copy was mailed to opposing counsel. The clerk is directed to mail the plaintiff another copy of the court's filing instructions. In the future, the court will strike without considering any document filed that does not comport with these basic filing rules.

■ [**Docketing to mail notices.**]

mjm