United States District Court,
Northern District of Illinois,
Eastern Division

**FILED**
MAY 2 2008 aew
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Wardell Bright
    Petitioner
    V.S.
(1) Mr. R. Melondez *11398
(2) Mr. R. Corona *7852

Case Number: 07C7197

Judge: Mr. James B. Zagel

### Notice of Motion:

To: Thomas H. Freitag
Assistant Corporation Counsel
30 North La Salle Street
Suite 1400
Chicago, Illinois, 60602

Copies of what I send to attorneys with motion.

Take Notice; Thomas H. Freitag; In care of the above Defendant's. I Mr. Wardell Bright - Pro-Se. Have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. Plaintiff Motion, to be Amended (Consolidate-Complaint)(Sub-Complaint). On or about Apr. 23, 2008. At 219 south DearBorn Street, Chicago Illinois, 60604. Motion Dated at; Cook, County Department of Correction, Law-Library, at Division 11. on Apr. 17, 2008.

Mr. Wardell Bright - Pro Se
P.O. Box 089002
C.C.D.O.C. Div.11
Chicago Illinois, 60609

By: Wardell Bright
#2007-0072575
Mr. Wardell Bright

## Certificate of Service

I hereBy Certify, I have coused ture, and Correct Copies of the above, and for-going Notice of Motion for Amended (Consolidate-Complaint)(Sub-Complaint) 'To' be served on the person's named in the for-going Notice (Complaint Motion). At the address herein; 30 North La Salle Street, Chicago Illinois, 60602. (Counsel for the defendant's, Thomas H. Freitag). By placing said Copies (2-Copies) in a stamped, addressed envelope, and depositing same in the; Cook, County, Department of Correction U.S. Mail; P.O. Box 089002, Chicago Illinois, 60608.

Mr. Wardell Bright - Pro-Se
#2007-0072575
C.C.D.O.C. Div.11
P.O. Box 089002
Chicago, Illinois, 60608

Respectfully Subsitted;
By: Mr. Wardell Bright
Wardell Bright Pro-Se
Date: 4-25-08

For-going Notice; To be served; Mr. R. Melondez *11398 And Mr. R. Corona *7852. Both Chicago Police Officer's are from: 35th Low (Bridge-Port) Police Station.

Copies of what I send to attorney, with motion.