# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 21 2007
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MR. Wardell Bright
A.K.A. MR. Wydell Bright

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

(1) MR. R. Melondez *11398
(2) MR. R. Corona *7852
_____
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV 7197
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN

Case No: _____
(To be supplied by the Clerk of this Court)

2008 FEB 11 PM 12:30

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: MR. Wardell Bright

B. List all aliases: MR. Wydell Bright #20070072575

C. Prisoner identification number: 20070072575/prison number: N13874

D. Place of present confinement: Cook County Department of Correction

E. Address: P.O. Box 089002/Chicago, Illinois, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: MR. R. Melondez #11398
   Title: Chicago Police Officer (Bridge-Port)
   Place of Employment: 35th Low (Bridge-Port) Chicago 60609

B. Defendant: MR. R. Corona #7852
   Title: Chicago Police Officer (Bridge-Port)
   Place of Employment: 35th Low (Bridge-Port Chicago 60609

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: __None__

    B. Approximate date of filing lawsuit: __N/A__

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __None__
    __N/A__

    D. List all defendants: __N/A__

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __None__

    F. Name of judge to whom case was assigned: __N/A__

    G. Basic claim made: __None__

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __No__

    I. Approximate date of disposition: __None__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was Racially, Violently # Viciously attacked by two Chicago Police Officer's. On 9-23-07 between 11:00 PM # 11:30 PM. (On 53th Carpiter St.). I Wardell Bright was stumped, kicked, beaten; punch in back of head, kicked in face # in my Right eye # Nose. I had knees drop on the middle of my back. By Chicago, police officer's: MR. R. Melondez #11398 And MR. R. Corona #7852. While being called a lot of Racial-Slue's (Called by arresting Police Officer) Niggers # Black-ass-Nigger's. All the while (Stumping) + (Beating) me continully, all over my up body mainly # kicked in my Neck, Black # face. I was tooken too Hospital before, I was locked-up. Officer (State), "You going to Run on me you-black ass-Nigger, You Nigger; I'll kill you!
I Wardell Bright # 20070072575, was going throught thing people through-out (garbitch) in the alley between Morgan # Carpiter on 53th Street. When a police car pull-up. Two Police got out with

flush-light in there hand. Asked, me for I.D. and what was I doing? I told them (going through garbitch). I said that, I didn't have I.D. But I did. One asked me to come over to the Police Car # put my hands on the front of the police Car; # I did. While one of the police looked arround the garbitch # back-yard of 53th Morgan. Police Officer, was on telephone. Officer: Mr. R. Melondee #11398, while he looked arround in the back yard. He Officer on the phone (stated) I think that I'm smart, cause I didn't run; # I was going to wish, I had ran, after they get through with me (I was afraid) # (In feer for my life). So, I Ran too next block, too get out of the alley # on too the Street. I couldn't out run the two young officer's. So, I stop on the street of (53th Carpiter) I just ran out the alley on to the street. One of the police, had me to get on my knee's. Had his gun on me (one of them) hand-cuff me. Officer than, hit me with something (Gun) or (flush-light) or Both, I was out of it. Then Beaten of me Stared. And the Racial-Slur's. (Niggers) And a lot of (Black-ass-Nigger). See pages 1, 2, 3, 4, 5, and 6.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be payed for the Racial attacked; Violent Beaten that I Received by two Chicago Police. And my freedom. And to be payed for time in Jail # I'm Sleeping on the floor, in pain.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Wed. day of 12-5, 20 07

Mr. Wardell Bright
(Signature of plaintiff or plaintiffs)

MR. Wardell Bright
(Print name)

2007-0072575
(I.D. Number)

CCDOC Div. 11 Unite: CF
P.O. Box 089002
Chicago, Illinois, 60608
(Address)

# Complaint or Grievance

Cook, County Department of Corrections:

Complaintee: Last Name: BRIGHT   First Name: Wydell.
C.D.# 2007-0072575, Age: 50  Birthday 11-30-56.
Div. 11  Living Unite: CF  Room: 309  Date: 12-5-07.
Brief Summary of complaint: I Wydell Bright, On 9-23-07 was attacked viciously # Violently by two Chicago police officer on 53th Carpiter St.), Stump, kicked, beaten, punch in back of head, kicked in face # in my Right eye # Nose. I had knee's top on the middle of my back. By Chicago, police officer's. Officer: MR. R. Melondez # 11398)+(Officer: MR. R. Corona #7852. From: Bridge-Port, 35th Low St.) While being Called a lot of Racial-Slur's (Called by arresting Police officer)(Nigger's) # (Black-ass-Nigger's) all the while (Stumping) me contunlly, all over my per body mainly # kicked in my neck, Black # face. I was took too Hospital before, I was lock-up. Officer (Stated) "You going to Run on me", "You-Black-ass-Nigger", "You Nigger", "You-Black-ass-Nigger; I'll kill you".

Person having information regarding this complaint: The people of: (53th # Carpiter St.) It happen on the street's. Have-not been able to talk too anybody, about what happen. (The Beating

Action: that I'm Requesting: My freedom, to be pay for time in Jail and I'm Sleeping on the floor, in pain. And too be payed for he Racial, Violent, Beaten that I Received.

Complaintee, Signature: Mr. Wardell Bright (Real name)

1-6

Victom: I'm Wardell Wright #2003-0070575
A.K.A. Wydell Bright #N113874

I was Racially, Violently # Viciously attacked by two Chicago Police Officer's. On 9-23-07, between 11:00 PM # 11:30 PM, I was beaten, punched, Kicked # Stumps for a while. By (Officers: MR. R. Melondez *11398) # (Officer: MR. R. Corona *7852). Called Nigger's # Black-ass-Niggers..... I Wardell Bright, was in the alley between Morgan # Carpiter on 53rd St. Going throught things people through-out (garbitch). When a police car pull-up. # two officer's got out with flush-light in there hand; Asked, me what ("Was I doing?") I told them (Going through, garbitch). Officer's asked me for I.D. I Said, "I didnt have any" I.D. But I did, have I.D. tAN. One officer, told me to come over too him # put my hands on the front of the police car; I did what he asked. While one of the police officer's looked arround the garbitch # Back ard of 53th Morgan, Street; Side of the alley. He (Police) n the phone (Stated) "I think that I'm Smart, cause I did-ot run; # "I was going to wish, I had ran; After they get rough with me. (I was afraid) # (Infear for my life!) So, Ran too next block (Street) to get out the alley # on to e Street. I couldn't out run the two young Officer's. So, I top on the Street (53th Carpiter St.) I just ran out the lley on the Street. One of the officer's had me to get down n my knee's. Officer, had his gun on me (one of them) then he tared hand-cuffing me. Officer, hit me with something (Gun R (flush-light) or Both. I was out of it. Anthen, other fficer came over # drop his knee to the middle of my back olice Officer. (Stated) "You going to run on me; You Nigger

2-6

3'- Victim: Mr. Wardell Bright #2007-0072575

you- Black-ass-Nigger", I'll Kill you; (Officer's went crazy n me). Officer: MR. R. Melondez *11398 And Officer: MR. R. Corona *7852. Officer, got too his feet, while the then officer, put me in hand-Cuff's. The two Police Officer's Both) of them; Continue with the (Racial-Slur's). The Officer, Who came # drop his knee to the middle of my back; got up in his feet # Stared, kicking, Stumping # beating me badly. In then, drop his knee to my back again, # got up kicking, Stumping, beating me badly. All over my back # head; All the while they (Chicago Police's) from: 35th Low (Bridge-Port) Police Station. Was Calling me Nigger's, OVER # OVER again. (Racial-Slur's). I was punched in back # front # Side of my head. All of this was happening at the Same time. I was being kicked in my face # Right eye. I was mainly Kicked, Stumped # beaten in back, side, face # Uper part of body. I was called a lot of Racial-Slur's) By, arresting police Officer's (you- Nigger) + (you- Black-ass-Nigger) "You going to Run on me; you- Black-ass Nigger", "I'll kill you". I Wardell Bright #20070072575, was attacked on 9-23-07, between 11:00 PM # 11:30 PM, Violently # Viciously Beaten by Chicago Police Officer: MR. R. Corona *7852, And Officer: MR. R. Melondez *11398. I was-not fighting with them OR anything like that. It was a Racial attack on me by two Police Officer's. All, I did was Ran too get out of alley. I was in fear for my life! When I stop Running; I did everything that officer Said. I was took to the Hospital from the Police Station, before they took me to lock-up. Beating took place in 53th Carpiter Street; on the west Side of the Street,

3-4

1:24...
Victim: Mr. Wardell Bright # 2007-0072575

Mainly on the east end of the block.
(Eye-Right) Can't see good out of it anymore, cause of the beating; I Received by Chicago Police Officers. Eye is sweller losed # blacken badly. Was kicked in it. (Face Trauma) + (Pain Daily) All around my eye hurt's everyday and night.
1) (Nose) Nose on Right side, is fracture. X-Rays Show.
2) (Neck) up # down back bother me (Daily Hurting). There's a lot of pain from (time-to-time) in my neck. I can't turn around that good anymore; just Real slow now (Neck # Body Trauma). (Pain Daily) (Hurting).
3) (Arm-Right) Can't use it good anymore lost of some feeling in my arm # hand (Right) it feel like, pins # Needles are in my arm. (Hurting Daily) a lot of body Trauma; (Maybe some Nerves damage). Pain from time to time, all Night.
4) (Hand-Right) lost of some feeling in Right hand. It's Real numr, weak # sheaking now, (off # on) I'm in some kind of pain when using it # when not using it.
5) (Hand-Left) Big Cut inside of hand, with small cuts too (Bother me.
6) (Back-Upper) Can't sit-up or been-over, But Real slow. Back Bother me everyday now. Laying down too. (Daily Pain) + (Hurt)
7) (Back-Lower) Hurting me badly all the time; When Laying down, Standing or Sitting. Can't Stand without Pain, but for a little time now. Always Hurting now.
8) (Walking) Makes my back hurt now; Most of the time. Can't walk fast or good anymore. Without some kind of Pain.
9) (Head) Hurting everyday # Night, Since; I was attacked. Kicked in my head # face; And beaten in back # side of my

4-6

Victom: Mr. Wardell Bright #2007-0072575

head # face (Stump) (Head # face Trauma). Always Pain.
1) (Racial-Slur's) Called me a lot of (Nigger's # Black-ass-Niggers) while being stump, kicked # Beaten. I <u>Wardell Bright</u>, can-not sleep good anymore. Mind is always Runing. (Replaying what happen). Hurting my head thinking about it. ——————— Mind Trauma)———————
2) (Homosexual # Sexual-Slur's) Officer, said too me, "that he like him some Black-ass / Black- Booty. He was talking about having Homosexual act's with me (was said in police station). Bye Officer: MR. R. Melondez #11398
3) (Sleep Mential-Health) I weak-up # walk arround, Replaying what happen to me, in my mind. Of the violent Viciously, attacked # beaten, I Received by two Chicago Police Officer's; from: Bridge-Port (35th Low Street Station, Police Officer's: MR. R. Melondez * 11398 And Officer: MR. R. Corona * 7852.

A.K.A. MR. Wydell Bright # 2007-0072575
C.C.D.O.C. Div. 11 CF cell: 309
P.O. Box 089002
Chicago, Illinois, 60609

Real Name: MR. Wardell Bright / Age: 50 Birthday 11-30-56
me Mailing address: 5306 S. Aberdeen
 Chicago, Illinois, 60609
Signature: Mr. Wardell Bright
 A.K.A. MR. Wydell Bright # N-13874



Map annotations:
- 52nd Street / Morgan / 53rd Street / Morgan / 54th Street
- Lots
- Garbitch
- Me going through Garbitch
- Back yard / House, Abandom builden Lots / Front yard / Side walk
- Police car / Alley
- Abandom builden
- 52nd Capiter St. / 54th Capiter
- Me running to here. Beaten took Place here.
- Side walk / Front yard / Back yard
- Alley
- Signature: Mr. Wardell Bright
- 54th Aberdeen

= told them that, I would Ke to make a complaint n the police station, and I was told that a write-up was made.

Victim: Mr. Wardell Bright #2007-0073575



Law Office of the
## COOK COUNTY PUBLIC DEFENDER
2650 S. CALIFORNIA • 7TH FLOOR • CHICAGO IL 60608 • (773) 869-3217 TEL • (773) 869-3247 FAX

Edwin A. Burnette • Public Defender

# INFORMATION FOR THE PUBLIC DEFENDER'S CLIENTS

You will be appearing before **JUDGE DENNIS J. PORTER** in **COURTROOM 606**. **JUDGE PORTER** will be making important decisions affecting your future. Wear your best clothes, be polite and respectful, and come on time.

If you know any people who can testify for you, please get their **full names** and **addresses** and **telephone numbers**. You must give this information to your lawyer *before* the trial date. If the witnesses are not willing to come to court, your lawyer will issue a subpoena or court order requiring them to come.

The best time to call your lawyer is Monday through Friday between 1:00 p.m. through 4:00 p.m.

NEXT COURT DATE: _Jan. 11_
TIME: 9:30 A.M.
COURTROOM NO.: 606

**LAWYERS**

~~BRETT BALMER~~        LAKSHMI JHA        RICHARD PAULL

OFFICE OF THE COOK COUNTY PUBLIC DEFENDER
2650 SOUTH CALIFORNIA
7TH FLOOR
CHICAGO ILLINOIS 60608
**773/869-3217**

*[handwritten margin: Mr. Wendell Bright #20070072575  12-13-07]*

*[handwritten bottom: court apointed lawer]*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7197 | **DATE** | January 30, 2008 |
| **CASE TITLE** | Wardell Bright a.k.a. Wydell Bright # 2007-0072575 v. Melondez | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file in forma pauperis is granted. [3] The court authorizes Cook County Jail officials to deduct $2.00 from plaintiff's account. The clerk shall send a copy of this order to Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Il. 60608. The clerk shall issue summons and attach a Notice of Availability of a Magistrate Judge to the summons for each defendant, and send plaintiff said Notice and Instructions for Submitting Documents along with a copy of this order. Plaintiff's motion for appointment of counsel is denied.

■ [For further details see text below.]                                            Docketing to mail notices.

### STATEMENT

Plaintiff is granted leave to file in forma pauperis. Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is assessed an initial partial filing fee of $2.00. The supervisor of inmate trust accounts at the Cook County Jail is authorized to collect, when funds exist, the partial filing fee from plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, the trust fund officer at the correctional facility where plaintiff is confined is authorized to collect monthly payments from plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, 20th floor., and shall clearly identify plaintiff's name and the case number assigned to this action. The Cook County inmate trust account office shall notify state correctional authorities of any outstanding balance in the event plaintiff is transferred from the Jail to a state correctional facility.

(CONTINUED)

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 2/7/08

ste

Page 1 of 2

## STATEMENT (continued)

Plaintiff alleges that two Chicago police officers used excessive force against him during an arrest on September 23, 2007.

The United States marshals service is appointed to serve defendants, Officer Melondez and Officer Corona, both of the Bridgeport police department. The court directs the marshal to send the necessary USM-285 forms to plaintiff so that he may provide the information necessary for the marshal to serve defendants with process. The marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed.R.Civ.P. 4(d)(2) before attempting personal service on defendants.

The plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. The plaintiff must provide the original plus a judge's copy of every document filed. In addition, the plaintiff must send an exact copy of any court filing to the defendants [or to defense counsel, once an attorney has entered an appearance on their behalf]. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the plaintiff.

Plaintiff's motion for appointment of counsel is denied without prejudice. In exercising this discretion, a court considers several factors in deciding whether or not to appoint: the merit of the indigent Plaintiff's claims; the Plaintiff's ability to investigate crucial facts; whether the nature of the evidence indicates that the truth will more likely be exposed if both sides are represented by counsel; the capability of the indigent litigant to present the case; the complexity of the legal issue raised. *Swofford v. Maxwell*, 969 F. 2d 547, 551 (7th Cir. 1992). In addition, the court should consider plaintiff's ability to litigate his claim. *Pruitt v. Mote*, 503 F. 3d 647 (7th Cir. 2007).

Plaintiff's complaint demonstrates his competence at this time to present his claims adequately. Accordingly, the motion for appointment of counsel is denied without prejudice.

# EXHIBIT B

```
           IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 001

     PEOPLE OF THE STATE OF ILLINOIS

                        VS             NUMBER 07CR2080901

     WARDELL      BRIGHT

               CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

  720-5/19-3(a)                         F        RESIDENTIAL BURGLARY
  720-5/21-1(1)(a)                      F        KNOW DAMAGE PROP >$300-10K
The following disposition(s) was/were rendered before the Honorable Judge(s):


10/03/07 IND/INFO-CLK OFFICE-PRES JUDGE        10/19/07 1701
10/19/07 CASE ASSIGNED                         10/19/07 1714
         BIEBEL, PAUL JR.
10/19/07 DEFENDANT IN CUSTODY                  00/00/00
         GAINER THOMAS V JR.
10/19/07 DEFENDANT IN CUSTODY                  00/00/00
         PORTER DENNIS J
10/19/07 PRISONER DATA SHEET TO ISSUE          00/00/00
         PORTER DENNIS J
10/19/07 PUBLIC DEFENDER APPOINTED             00/00/00
         PORTER DENNIS J
10/19/07 DEFENDANT ARRAIGNED                   00/00/00
         PORTER DENNIS J
10/19/07 PLEA OF NOT GUILTY                    00/00/00
         PORTER DENNIS J
10/19/07 ADMONISH AS TO TRIAL IN ABSENT        00/00/00
         PORTER DENNIS J
10/19/07 CONTINUANCE BY AGREEMENT              11/30/07
         PORTER DENNIS J
11/30/07 DEFENDANT IN CUSTODY                  00/00/00
         PORTER DENNIS J
11/30/07 PRISONER DATA SHEET TO ISSUE          00/00/00
         PORTER DENNIS J
11/30/07 CONTINUANCE BY AGREEMENT              12/05/07
         PORTER DENNIS J
12/05/07 DEFENDANT IN CUSTODY                  00/00/00
         PORTER DENNIS J
12/05/07 PRISONER DATA SHEET TO ISSUE          00/00/00
         PORTER DENNIS J
```

```
         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

     PEOPLE OF THE STATE OF ILLINOIS

                      VS                    NUMBER 07CR2080901

       WARDELL       BRIGHT

               CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
12/05/07 CONTINUANCE BY AGREEMENT                    01/11/08
     PORTER DENNIS J
01/11/08 DEFENDANT IN CUSTODY                        00/00/00
     PORTER DENNIS J
01/11/08 PRISONER DATA SHEET TO ISSUE                00/00/00
     PORTER DENNIS J
01/11/08 CONTINUANCE BY AGREEMENT                    02/08/08
     PORTER DENNIS J
02/08/08 DEFENDANT IN CUSTODY                        00/00/00
     PORTER DENNIS J
02/08/08 PRISONER DATA SHEET TO ISSUE                00/00/00
     PORTER DENNIS J
02/08/08 CONTINUANCE BY AGREEMENT                    02/26/08
     PORTER DENNIS J
02/26/08 DEFENDANT IN CUSTODY                        00/00/00
     PORTER DENNIS J
02/26/08 PRISONER DATA SHEET TO ISSUE                00/00/00
     PORTER DENNIS J
02/26/08 CONTINUANCE BY AGREEMENT                    03/26/08
     PORTER DENNIS J
03/26/08 DEFENDANT IN CUSTODY                        00/00/00
     PORTER DENNIS J
03/26/08 PRISONER DATA SHEET TO ISSUE                00/00/00
     PORTER DENNIS J
03/26/08 CONTINUANCE BY AGREEMENT                    04/21/08
     PORTER DENNIS J
04/21/08 DEFENDANT IN CUSTODY                        00/00/00
     PORTER DENNIS J
04/21/08 PRISONER DATA SHEET TO ISSUE                00/00/00
     PORTER DENNIS J
04/21/08 CONTINUANCE BY AGREEMENT                    05/16/08
     PORTER DENNIS J
```

                                    I hereby certify that the foregoing has
                                    been entered of record on the above
                                    captioned case.
                                    Date 05/14/08

                                    _____
                                              DOROTHY BROWN
                                    CLERK OF THE CIRCUIT COURT OF COOK COUNTY