IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WARDELL BRIGHT | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 C 7197 |
| | ) | |
| v. | ) | HON. JUDGE ZAGEL |
| | ) | Judge Presiding |
| R. MELONDEZ, and | ) | |
| R. CORONA, | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: Wardell Bright -Pro Se
#2007-0072575
Cook County Dept. of Corrections
P.O. Box 089002
Chicago, IL 60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT MELENDEZ AND CORONA'S MOTION TO STAY THE PROCEEDINGS**, a copy of which is attached hereto and herewith served upon you.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Zagel, or before such other Judge sitting in his place or stead, on **May 29th, 2008, at 10:15 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2503**, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 22nd day of May, 2008.

Respectfully submitted,
By:

/S/ Thomas H. Freitag
Thomas H. Freitag
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-7391
Atty. No. 06272245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT MELENDEZ AND CORONA'S MOTION TO STAY THE PROCEEDINGS** to be served on the person(s) named in the foregoing Notice, at the address therein stated, by placing said copies in a stamped, addressed envelope and depositing same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois on May 22, 2008.

/S/ *Thomas H. Freitag*
THOMAS FREITAG