## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WARDELL BRIGHT | ) | |
| | ) | |
| Plaintiff, | ) | NO.  07 C 7197 |
| | ) | |
| v. | ) | HON. JUDGE ZAGEL |
| | ) | Judge Presiding |
| R. MELONDEZ, and | ) | |
| R. CORONA, | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| Defendants. | ) | |

### RE-NOTICE OF MOTION

**TO:**      Wardell Bright -Pro Se
#2007-0072575
Cook County Dept. of Corrections
P.O. Box 089002
Chicago, IL 60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT MELENDEZ AND CORONA'S MOTION TO STAY THE PROCEEDINGS**, a copy of which is attached hereto and herewith served upon you.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Zagel, or before such other Judge sitting in his place or stead, on **June 5th, 2008, at 10:15 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2503**, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

DATED at Chicago, Illinois this 22nd day of May, 2008.

Respectfully submitted,
By:

_/S/ Thomas H. Freitag_____
Thomas H. Freitag
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-7391
Atty. No. 06272245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT MELENDEZ AND CORONA'S MOTION TO STAY THE PROCEEDINGS** to be served on the person(s) named in the foregoing Notice, at the address therein stated, by placing said copies in a stamped, addressed envelope and depositing same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois on May 22, 2008.

*/S/ Thomas H. Freitag*
THOMAS FREITAG