United States District Court
Northern District of Illinois
Eastern Division

FILED
JUN 1 1 2008
Jun 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Wardell Bright          } Case Number: 07C7197
        Petitioner          }
        V.S.                } Judge: Mr. James B. Zagel
(1) Mr. R. Melondez *11898  }
(2) Mr. R. Corona *7852     } Magistrate Judge: Brown

In forma Pauperis, and financial affidavit:
Appeal Motion for a Pro bono Counsel.

Now comes the plaintiff: Mr. Wardell Bright, in his own proper, and Moves this Honorable Court to enter an order for, appointment of Pro bono Counsel.

(1) The federal in forma pauperis statute provides that a court May request an attorney to represent any person unable to afford Counsel. 28 U.S.C.S. §1915(e)(1).

(2) I am indigent, and without the finacal Resource of any Descripton -- Whatsoever, to Retain counsel too Represent me in my, time of Need; (Complaint).

(3) I the plaintiff are indigent, and presently incarcerated, and awaiting Trial.

(4) The Legislature is Reconizing the need for more Pro-bono Counsel, too be appointed in cases like this.

(5) I the plaintiff sincerely beleives, that unless, I Receives the Relief sough in this Motion; that I will Surely, be incapable myself to be effective, in court. My Federal, and State guaranteed Rights to (Due-Process) and (Equal Protection) of the Law, and under the Law; "Justice" would "most like", be unfairly Rendered in the proceding case before this Honorable court.

(6) I'M incapable of engaging in any investigation, or locating, and presenting key witnesses, or evidence.

(7) I can-not; Present a Reasonable coherent opening Statement, or examination of witnesses, or defendants.

(8) I can-not; Present Closing arrguments during Trial.

(9) Consider; The diffculty of my case: Benjamia Pruitt V. Stephen D. Mote, 503 F. 3d 647 (7th Cir. 2007). Swofford V. S. Maxwell, 969 F. 2d 547, 551 (7th Cir. 1992)

(10) Don't know legal Standards, or case-Law et, al.

(11) It's a resonable likehood, that "assistance" of a Counsel will "Make a difference", in the out come of my case.

(12) This Motion was filed in good faith; The plaintiff Respectfully move this Honorable court to appoint Pro-Bono Counsel.

Sineture: Mr. Wardell Bright
Date: May 29-2008