Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7197 | **DATE** | 6-26-2008 |
| **CASE TITLE** | Wardell Bright (#2007-0072575) v. Melondez, et al. | | |

**DOCKET ENTRY TEXT:**

Case is presently stayed in light of the pending state criminal proceedings. In light of the stay, Plaintiff's motion for appointment of counsel [24] is denied without prejudice to refile after the stay is lifted.

Docketing to mail notices.



JJD