FILED

8-7-08

AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Honorable Judge:
Mr. James B. Zagel

Case Number: 07C7197

From: Mr. Wardell Bright

## Notice

The Defendant's; Mr. R. Melondez, Mr. R. Corona, and their counsel Mr. Thomas Freitag; Did-not send me, any of the exhibit's that they filed in court on me, with their motion. They send me copies of a motion, a Notice of motion, and a Certificate of Service. With NO exhibit's A & B.

I would like to know what is exhibit B; and receive a copy of any docketment that is filed with the court. It is being said in writing that they send me exhibit's A & B, But the above Defendant's, did-not.

Sworn to this very day, that the above is true and correct, to the best of my knowledge.
Signature: Mr. Wardell Bright

(IN exhibit A A) The Defendent's officer's said that I have a criminal damage to property. But I do-not. 8-7-08

Case Number: 07C7197

To: Honorable Judge:
Mr. James B. Zagel

I would have sent you my answer motion, before now, But I have had the following problems: With the Jail, because they know that I have filed a complaint on the Chicago Police. And I don't know the legal words that is being used.

I have to look-up everything that I'm Sent, So I can get some kind of understanding too what is in a motion, that's being talked about.

I can-not get to the Law-Library Regularly, to look-up the cases in the Defends motion. When I do, they do-not have this case or that Case: They mostly have crimial-law cases, and not Civil Cases. And I have problems with getting Stamps, and Copies.

Respectfully: Mr Wardell Bright
MR. Wardell Bright
8-7-08

United States District Court,
Northern District of Illinois
Eastern Division

8-7-08

Mr. Wardell Bright
            Petitioner
       V.S.

(1) Mr. R. Melondez *11398

(2) Mr. R. Cokofan 7852, et.al

Judge: Mr. James B. Zagel

Case Number: 07C7197

Magistrate Judge: Brown

FILED
AUG 14 2008  LCW
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Answer Motion:

To; the above Defendant's Motion: Title to Stay the Proceedings.

          Now comes the Petitioner, In his own proper, and moves this Honorable Court to receive my answer, to Defendant's Motion; attached hereto as (Exhibit A A).

          Defendant's officer's Motion for failure to exhaust Administration, and State Remedies. I have tryed (Exhaustion of State, and Administration Remedies). By writting to the following; Sending written Grievance, Brief Summary, or complaints. (See Plaintiff Complaint, Exhibit A).

(1) Made Complaint in Police Station, at the 009th District. 35th Low Street, Chicago Illinois, (Bridge Port) Police Station. With the officer's Shift-Commander. I could-not see at all out of (Right eye). Could-not use Right arm, or hand at

2

that time; Cause of being Beaten, kick, and Stomped. I told the Shift commander, I wanted too make a complaint on the Police Officer's, (She) Shift-Commander, wrote my complaint out, or she said She did. And that a copy would go on their records (Officer's), And a copy would be with the Police Report (My copy). This the above took place on or about 9-22-2007, before I was tooken to hospital by Chicago Police Officer's. (I have not received my copy).

(2) I wrote complaint's or Grivance to O.P.S. Ilana Rasenzweia, 10 <u>west</u> 35<u>th</u> Street, Chicago IL. 60616. On Dates: 10-30-07/11-17-07/12-11-07/2-8-08 3-13-08/4-25-08, And they came to talk too me on 6-2-08. I have a complaint number now, under their new Title, Independant Police Review Authority, at the above address. (See attached hereto as Exhibit, C+1), and (Exhibit, C).

(3) I tryed to file a complaint with my Judge, on or about 12-11-07. Mr. Dennis J. Porter, Courtroom: 606. 2650 S. California, Chicago Illinois, 60608 My Public Defender, ended up getting Judge's Copy. I also, complainted in open court, On 3-26-08, and 4-16-08. (See Plaintiff's Complaint, Exhibit A).

(4) I tryed to file the same day, by mail, looking for help (Complaint) With my Public Defender 773-869-3217, Ms. Brett Balmer, Courtroom: 606.

3

On or about 12-11-07. And sent her copies of the Grievance or complaint. I also, complainted from the first day to her about; (See Complaint).

(5) Tryed to file a complaint or Grievance with, (Seeking their Help). Mr. Rev. Jesse Jackson; Push Coalition, On or about 11-10-07, and 2-11-08.

(6) Tryed to file a complaint or Grievance with (Seeking their Help). Mr. Rev. Al Sharton, on or about 12.-11-07.

(7) Tryed to file a complaint with, and Seeking Help, on or about 11-17-07. After NO one would do anything. I trying too, exhausted all Remedies, to the best of my knowledge. And I wrote the District Court, Unite States Court House/219 So. DearBorn St. Chicago IL, 60604. I wrote the court, and was sent back 4-Copies of (Complaint Under the Civil Right's act, Title 42 section 1983 U.S. Code (State County or municipal Defendant's), On or abaut 12-17-07.

(8) The Clerk of the Circuil Court of cook County, Richard J. Daley Center, Chicago IL, 60601. I tryed to file a complaint or Grievance with them on or about 10-30-07, and 3-17-08.

(9) The clerk of the circuit court, CRiming Division; 2650 So. California, 5th floor, Chicago IL, 60608. On or about 10-30-07, 3-24-08, and 3-27-08. Tryed to file a Grievance or complaint with their office. (See attached Plaintiff's Complaint, Exhibit A ).

4

(10) The cook, County, State's Attoney's office Civil Action (Room 500) Chicago Illinois, 60602. On or about 5-16-08, I tryed to file a complaint or Grievance with their office.

(11) The State's Attoney's office (11th floor) 2650 south California, Chicago Illinois, 60608. On or about 4-25-2008. I tryed to file a complaint or Grievance with their office.

I MR. Wardell Bright Pro-Se; Sworn to this very day - -2008, that all the above is true and correct, to the best of my knowledge. Submitted in Good faith; Respectfully By:

*Mr. Wardell Bright*

Answer to Paragraph 4, et. al.
(A) Under the abstention doctention, federal Court's Can entertain a claim for Damages under 42 U.S.C. § 1983.

(B) Wolff V. McDonnell, 418 U.S. 539, 411, Ed, 2d. 935 94 S. Ct. 2963, the Supreme Court explored the interrelationship between 28 U.S.C. § 2254, and 42 U.S.C. § 1983, in action brought by prisoners. The court recognized that in Preiser V. Rodriquez, 411 U.S. 475, 36 L. Ed. 2d. 439, 93 S. Ct. 1827, it had previously held that a writ of habeas Corpus is the sole federal Remedy for

State prisoner challenging the very fact or duration of their confinement, and seeking a speedier release. The court in Preiser however had also held that "habeas corpus" is not an appropriate or available federal remedy for damages claims, 411 U.S. at 494, and damages claims could be pressed under § 1983 along with suit challenging the conditions of confinement rather than the fact or length of custody. Id at 498-499.

(C) Claims properly brought under § 1983 may go forward in federal court at the same time. 418. U.S. at 554 Claims properly brought under § 1983 include those seeking damages, a declaratory Judgment as a predicate to a damages award, or an injuntion against future misconduct. Id. at 554-555.5

(D) A person have the right to be "Secure" in their Persons. A Constitutional right "Guarantees" everyone of (The United States) A certain amount of protection for their life, liberty and property.

(E) £807 F 2d. 14013 The fourth Circuit in Todd V. Baskerville, 712 F. 2d. 70. 72-73 (4th Cir. 1983) explained that a § 1983 action may be maintained without exhaustion of States Remedies when the Prisoner claims:

6

(1) Alleges a consitution Due Process Violation
Relating to prison procedures that do not
affect the length or duration of his sentence then
existing, OR (2) Seeking damages because of
mistreatment violative of contitutional Right
and Relating strictly to the conditions of his
confinement, and not its' fact or duration.

(F) Eight Amendment, et. al. The level of
intent; The Defendant Officer's (1) Actually knew
of a substantial Risk of serious harm, and
(2) failed to respond Resonably — —

(G) As part of the underlying incident's;
The Fourth Amendment, et. al. Claims for
monetary Damages (Extraodinary Circumstance)
Because an illegal arrest, may be followed by
a conviction, a conviction generally need not
be set aside in order for a plaintiff to
pursue a 42. U. S. C. § 1983 Claim Under
the Fourth Amendment for Damages or Relief.

(H) It is of the utermost Necessity for this
Case to go forward — — event if at a later Date.
And for the Defender Officer's to be held
accountable according to the Seriousness
of their action's. They was sworn to serve
and Protect. These matters are too
important to be dissmissed, ignored or
barred as a matter of Law; for any Reason,

7

(Respectfully).

    I also, would like too request this Honorable court to stay the course pending the conclusion of the case against me.

    For Damages or relief. Couse, the pending State case was brought against me in "bad faith."

This Answer Motion, was filed in good faith, Respectfully. Sinature: Mr. Wardell Bright
                    Date: 8-7-2008

(1-2)

United States District Court,
Northern District of Illinois,
Eastern Division

Mr. Wardell Bright                    Case Number 07C7197
                Petitioner
        V.S.                          Judge: Mr. James B. Zagel
(1) Mr. R. Melondez *11398
(2) Mr. R. Corona *7852, et. al.  Magistrate Judge: Brown

Notice of Answer Motion:

To: Thomas H. Freitag
Assistant Corporation Counsel
30 south La Salle Street
Suite: 1400
Chicago Illinois, 60602

Take Notice; Thomas H. Freitag, In care of the above
Defendant's. I Mr. Wardell Bright, Pro-Se. Have this
day filed with the clerk of the United States
District Court for the Northern District of Illinois,
Eastern Division. Answer Motion, To your motion: Title
to Stay the Proceedings. On or about 8-14-2008. At
219 s. DearBorn, Chicago Illinois, 60604. Motion Dated at
Cook, County, Department of correction, Law-Library,
Division-11. On or about 8-7-2008.

Mr. Wardell Bright Pro-Se    By: Wardell Bright
P.O. Box 089002              #2007-0072575
Chicago Illinois, 60608      Mr Wardell Bright

(2-2)

## Ceritifcate of Service

I hereBy certify, I have caused ture, and
Correct Copies of the for going Answer Motion.
A original Copy, plus a Judges' Copy, and
defendants or defense Counsel (5-Copies altogether)
At the addresses herein: I'M Sending 2-copies
to: The Clerk of court in care of the Prisoner
Correspondent,(At the address) 219 south DearBorn,
Chicago Illinois, 60604.

   Also, sending 2-Copies to: Defense Counsel,
Mr. Thomas H. Freitag, in care of the Defendants
Officer's; At the address herein: 30 North La Salle
Chicago Illinois, 60602. I place said Copies in
Stamped, addressed envelopes, and depositing
Same in the; Cook, County, Department of
Correction, U.S. Mail: P.O. Box 089002, Chicago
Illinois, 60608. On 8-7- 2008

Mr. Wardell Bright Pro Se
#2007-0072575
C.C.D.O.C. Div.11
Chicago Illinois, 60608

Respectfully Submitted:
Mr. Wardell Bright

Exhibit A

#7 Case Number:
1-I07CR2080901 Complaint    Date: 9-22-07    (1)

Compleintee: Last Name; BRIGHT, First Name; Wardell.
I.D.# 2007-0072575, Age: 50 Birthday 11-30-56.
Brief Summary of complaint: I Wardell Bright, on 9-22-07
was attacked Viciously # Violently by two chicago police
officer's. (On 53th Carpiter st.), Stump, kicked, Brutally beaten;
punch in back of head, kicked in face # in my Right eye # Nose. I
had knee's drop on the middle of my back. By chicago, police
(Officer's: Mr. R. Melondez #11398)+(Officer: Mr. R. Corona #7852).
(From: Bridge Port, 35th Law) While being called a lot of
Racial-Slures (Called by arresting Police officer's) (Nigger's)
(Black-ass-Nigger's) all the while (Stumping) me contiunlly, all
over my uper body mainly # kicked in my neck; Black # face. I was
took too Hospital before, I was lock-up. Officer (Stated), "you
going to Run on me", "You-Black-ass-Nigger", "you Nigger" "you
Bdack-ass-Nigger; I'll kill you." Wardell Bright

Person's having information regarding this complaint:
The people of (53th Carpiter Street) South Side of Chicago
Illinois. It happen on the street. Have-not been able to
talk too anybody, about what happen. (The Beating).

Action; That I'm requesting: My freedom; To be pay for time
in Jail, and I'm Sleeping on the floor, in pain. And too be payed
for the Racial, Violent Brutal-Beaten that, I Received by the
hand's and feet of the Chicago Police's et; al.
                                    Signature: Mr. Wardell Bright
                                    Date: 9-22-07

Victom: Mr. Wardell Bright #2007-0072575

2+7                                          Date: 9-22-07          ②

I was Racially, Violently # Viciously attacked by two Chicago
Police Officer's. On 9-22-07, between 11⁰⁰pm # 11³⁰pm, I was
beaten, punched, kicked # Stump; for a while. By: (Officer's
Mr. R. Melondez *11398) # (Officer: Mr. R. Corona *7852). Called
Nigger's # Black-ass-Nigger's..... I Wardell Bright; was in
the alley between Morgan # Corpiter on 53ᵗʰ street.
Going through things people through-out (garbitch).
When a Police Car pull-up. Two Officer's got out with flush-
light in there hands. Officer said; "Hey there, What are
you doing? I said, going through the garbitch; it's a lot
of good things, people through out (garbitch) it's a lot of
good things, people through-out. While, I was saying this;
one of the Officer's: (Mr. R. Melondez *11398) was saying to the
other Officer: He must not know the one, about two white men
in the alley with a (Nigger), with two Nigger beater's. And
the Nigger (Smiling) saying what seem to be the problem
Officer's. Officer's asked me for I.D. One of the officer's;
told me to come over too him # put my hands on the
front of the police car; I did what he asked. While one
of the police officer's looked arround the garbitch # Back
yard of 53ᵗʰ Morgan, street; side of the alley. He (Police)
on the cellphone (Stated) I think that I'm smart; Couse I
did-not run; "I was going to wish, I had ran; After they get
through with me. (I was afraid) # (Infear for my life!) So,
I ran too next block (Street) to get out the alley # on
to the street. I couldn't out run the two young officer's.
Signture: Mr. Wardell Bright

Victom: Mr. Wardell Bright #2007-0072575

3+7     A.k.A. Mr. Wardell Bright   Date: 9-22-07    ③

So, I stop on the street (53th Carpiter street). I just Ran out the alley on the street. One of the Officer's, had me to get down on my knee's. Officer, had his gun on me (One of them) then he started hand-Cuffing me. Officer, hit me with something (Gun) or (flush-tight) or Both. I was out of it. Anthen, Other officer came over# drop his Knee to the middle of my back. Police Officer (Statted) you going to run on me; "You Nigger", I'll kill you; (Officer went Crazy on me). Officer: Mr. R. Melondez *11398 and Officer: Mr. R. Corona *7852. Officer, got too his feel, While the Other Officer, put me in hand-Cuff's. The two police Officer's (Both) of them; Continue with the (Racial-Slur's) The officer, who came# drop his knee to the middle of my back; got up on his feet# Started, kicking, stomping# beating me badly. Anthen, drop his knee to the middle of my back; got up again kicking, stomping, beating me badly. All over my back# head; All the while they (Chicago Police's) from: 35th Low (Bridg-Port) Police Station. Was calling me Nigger's over# over again. (Racial-Slur's) I was punched in back # front # side of my head. All of this was happening at the same time. I was being kicked in my face# Right eye. I was mainly kicked, Stumped# beaten in back, Side, face# uper part of body. I was called a lot of (Racial-Slur's) By arresting Chicago Police Officer's (You-Nigger)# (You-Black-ass-Nigger) you going to run on me; You-Back-ass-Nigger. I'll kill you, Nigger, et, al."

Signture:   Mr. Wardell Bright

4+7    Victom: MR. Wardell Bright # 2007-0072575

Wardell Bright    Date: 9-22-07    (4)

I Wardell Bright # 2007-0072575. My case Number:
1-I07CR2080901. Was attacked on 9-22-07, between
11⁰⁰pm # 11³⁰pm, Violently # Viciously, Beaten by (Chicago Police
Officer: MR. R. Corona *7852) (Officer: MR. R. Melondez *11398)
I was-not fighting with them or anything like that. It
was a Racial attack on me by two Police Officer's. All,
I did was ran too get out of the alley. I was infear
for my life! When I stop running; I was still infear
for my life. I did every-thing that the officer's said.
I was took to the Hospital, from the Police Station,
before they took me too lock-up. Beating took place
on 58th Carpiter street, On the west side of the street;
Mainly on the north end of the block. Mr. Wardell Bright
(1) (Eye-Right) Can't see good out of it anymore, cause of
the Beating; I received by Chicago Police Officer's. Eye
is sweellen closed # blacken badly. Was kicked in it.
(Face Trauma) + (Pain Daily) All arround my eye's Hurt's
everyday # Night.
(2) (Nose) Nose on Right side, is fracture-X-Rays
Show's (Pain Daily).
(3) (Neck) Up # down back bother me (Daily Hurting).
Where's a lot of pain from (time-too-time) in my neck.
I can't turn arround that good anymore; Just real
slow now. (Neck # Body Trauma) (Pain Daily) (Hurting).
(4) (Arm-Right) Can't Use it good anymore, lost of
some feeling in my arm # hand (Right) it feel like
Pin's # Needles are in my arm (Hurting Daily) a lot
of body Trauma; (Maybe Some nerves damage).

Establel

.5+7    Victom: MR. Wardell Bright # 2007-0072575
A.K.A. MR. Wydell Bright    Date: 9-22-07 (5)

Pain from time-too-time, all Night.

(5) (Hand-Right) Lost of some feeling in Right hand.
It's Real numb, weak # sheaking now, (Off # On) I'm
in some kind of pain, when using it # when not
using it. (Bother me)

(6) (Hand-left) Big cut inside of hand, with small
Cut's too. (Hurting all the time).

(7) (Back-Uper) Can't sit-up or been-over, But Real
Slow. Back Bother me everyday now. Laying down
too. (Pain Daily)

(8) (Back-Lower) Hurting me badly all the time; When
Laying down, Standing or Sitting. Can't Stand with-
out pain, but for a little time now. Always Hurting.

(9) (Walking) Makes my back hurt now; Most of the
time. Can't walk fast or good anymore. Without some
kind of pain.

(10) (Head) Hurting everyday # Night, Sinec; I was
attacked-Kicked in my head # face; And beaten in
back # Side of my Head # face (Stomp) (Head # face
Trauma).

(11) (Racial-Slur's) Called me a lot of (Nigger's # Black-
ass-Nigger's el. al.) While being Stump, kicked #
Beaten. I Wardell Bright, can-not Sleep good any-
more. Mind is always Running. (Replaying what
happen) Hurting my head thinking about it.
            (Mind Trauma)

(12) (Homosexual # Sexual-Slur's) Officer, Said too
me, that he like him some Black-ass / Black-

6+7

Victom: Mr. Wardell Bright #2007-0072575
A.K.A. Mr. Wydell Bright   Date: 9-22-07 (6)
Booty. He was talking about have Homosexual act's
with me (was said in Police Station). By:
Officer: Mr. R. Melondez #11398.

(13) [Sleep / Mential / Health] I week-up # walk arrounds Replaying what
happen to me, in my mind. Of the violent
attack # beaten; I received by the hand's
and feet's of two Chicago Police Officer's. From:
Bridge-Port (85th Low Street) Station. Police
Officer's: Mr. R. Melondez #11398 # (Officer: Mr. R. Corona 7852)

A.K.A. Mr. Wydell Bright #20070072575
C.C.D.O.C. Div.11 CF Cell #308
P.O. Box 089002
Chicago, Illinois, 60608

Real Name: Mr. Wardell Bright
        Age: 50  Birthday: 11-30-56
Home Mailing Address: 5306 South Aberdeen
              Chicago, Illinois, 60609

My Case Number: 1-I07CR2080901
    Signatura: Mr Wardell Bright

7+7

Victom: Mr. Wardell Bright # 2007-0072575 ⑦

Date: 9-22-07



52th Morgan

53th Morgan

54th Street Morgan

E
N ＋ S
W

I told them that I would like to make a complaint in the Police Station. I was todd one f write up was wrote.

Back yard

← Alley →

I walk to car.

police car.

Back yard →

52th Carpiten

front yard

Side Walk

Alley Morgan St.

Capiter St. Alley

54th

Capiter St.

Beating took place ← here.
I Ran to where the beaten took place.
(victomized)

Side W   side walk

front yard

52th Carpiter

53th Alley

Capiter St.

54th

Capiter Alley

E
N ＋ S
W

Aberdeen Alley

Ⓧ = Somene Lives there.
≣ = Lots
X = Abandon building

(Victomlized, on 53th Carpiter)

Signture: Mr. Wardell Bright 9-22-07



(Exhibit-AA)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

WARDELL BRIGHT                        )
                                      )
                    Plaintiff,        )     NO. 07 C 7197
                                      )
                                      )     HON. JUDGE ZAGEL
        v.                            )     Judge Presiding
                                      )
R. MELONDEZ, and                      )     MAGISTRATE JUDGE BROWN
R. CORONA,                            )
                                      )
                    Defendants.       )

## DEFENDANT MELENDEZ AND CORONA'S MOTION
## TO STAY THE PROCEEDINGS

Defendants Ramon Melendez and Rodrigo Corona, (referred to as "Defendant Officers"),

by one of their attorneys, Thomas H. Freitag, respectfully request this Honorable Court to stay

the proceedings herein until completion of the Plaintiff's underlying state criminal case. In

support thereof, Defendant Officers state as follows:

1.    On or about December 21, 2007, plaintiff, Wardell Bright filed a pro se complaint

pursuant to 42 U.S.C. § 1983, which alleges that Defendant Officers falsely arrested him and

used excessive force against him, all in relation to his arrest on September 23, 2007. (See

Plaintiff's Complaint, attached hereto as Exhibit A.)

2.    As part of the underlying incident on September 23, 2007, Plaintiff was arrested

and charged residential burglary and criminal damage to property. (See Circuit Court of Cook

County, Case Docket for *People of the State of Illinois v. Wardell Bright ( 07 CR 2080901)*,

attached hereto as Exhibit B.)

3.    Plaintiff's criminal case *People of the State of Illinois v. Wardell Bright ( 07 CR

2080901)*, is still pending in the Circuit Court of Cook County, Criminal Division. (See Exhibit

B).

4.    Under the abstention doctrine, federal courts should not entertain a claim for damages under 42 U.S.C. § 1983 if disposition of that civil action would involve ruling on issues in dispute in a pending state criminal proceeding. Crump v. Lane, 807 F.2d 1394, 1400 (7th Cir. 1986)(citing Younger v. Harris, 401 U.S. 37, 91 S.Ct. 746 (1971)). In the interest of comity, the Younger court ruled that federal courts should abstain from enjoining ongoing state proceedings absent extraordinary circumstances. Younger, 401 U.S. at 53.

5.    The Seventh Circuit Court of Appeals has extended the Younger abstention doctrine to federal suits seeking monetary relief for misconduct in an underlying, pending state criminal case. Simpson v. Rowan, 73 F.3d 134, 137-38 (7th Cir. 1995), cert. denied 519 U.S. 833 (1996). Such a scenario is present in the instant case.

6.    Plaintiff seeks monetary damages, alleging that Defendant Officers falsely arrested and battered him. If Plaintiff is found guilty or pleads guilty to the charges, his federal civil rights claim for false arrest and excessive force may be barred as a matter of law. Accordingly, the potential for federal-state friction is evident, as any federal judgment in Plaintiff's Section 1983 lawsuit would have a substantially disruptive effect on his ongoing state criminal proceedings. See Simpson, 73 F.3d at 137, 138 (citations omitted).

7.    In accordance with Younger, and the Seventh Circuit's extension of that doctrine in Simpson, Defendant Officers request that this Court grant their motion to stay Plaintiff's Section 1983 lawsuit for monetary relief while Plaintiff's criminal case is still pending in state court.

WHEREFORE, Defendant Officer(s) respectfully request(s) this Court grant their motion to stay the proceedings until the conclusion of Plaintiff's underlying state criminal case.

Respectfully submitted,

/s/ Thomas H. Freitag
Thomas H. Freitag
Assistant Corporation Counsel
Counsel for Defendant Officers

10-30-07
11-17-07
12-11-07
2-11-08
3-13-08
4-25-08

Exhibit C#1

To: O.P.S.

From: Mr. Wardell Bright, # 20070072575. I sent you 3-Complaint, So far, trying to get in touch with you. On two Chicago Police Officer's for; (Racial-Profiling)+(Racial-Slur's) (Aggravated Batter)+(for giving me a case), And for the racial attack on me by officer's: (Mr. Melondez # 11398) and (Mr. R. Corona # 7852).

After some people saw, the two Chicago Police Officer's beating me, like they did.... The officer then gave me a case, that night. (A Residentual-Burgular) too an abandon builden. (Victomlizing me twice). *Mr. Wardell Bright*

I would like to know if you Received my complaint; and what is my complaint Number? Where are you-all at in your investigation of these officer's? Or, are you-all investigating these officer's? For the above Crimes?

*Mr. Wardell Bright*

Are the officer's going to be Criminally prosecut-ed, or some kind of Law-inforcement account-abilty. I have been writing too you-all; right after I was incarcerated; on 9-23-07, when it happen, (The above). Almost five month's now.

*Mr. Wardell Bright* 12-11-07



10 West 35th St, 12th Fl.
Chicago, IL 60616
(312) 745-3609
**ILANA B. R. ROSENZWEIG,** Chief Administrator

Exhibit C

May 30, 2008
Reference: Log No. ▮▮▮▮▮

W. BRIGHT ID# 20070072575
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Dear W. Bright,

IPRA is investigating the allegation of excessive force you made against a Chicago Police Department employee. The investigation has been on-going for the past six months. It still continues. We are striving to complete your investigation as quickly as possible. We have not yet completed your investigation because a statement from the complainant is needed.

IPRA takes every allegation of misconduct seriously and strives to perform a fair and thorough investigation. We appreciate your having brought the matter to our attention and hope our investigation will be completed shortly.

Sincerely,

ILANA B. R. ROSENZWEIG
Chief Administrator
Independent Police Review Authority



Investigator

Independent Police Review Authority
Suite 1200
10 West 35th Street
Chicago, Illinois 60616

City of Chicago

Recycled Paper

**312 745-3609**

312 745-3591 (FAX)
erica.sanders@iprachicago.org



UNITED STATES POSTAGE
02 1M
0004230265
MAILED FROM ZIP CODE 60610
$ 00.420
PITNEY BOWES
JUN 09 2008